

**FILED**

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0060

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0060

_____

**FILED**

FEB 20 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DAVID E. ORR,

     Petitioner,

     v.

NINETEENTH JUDICIAL DISTRICT COURT,
LINCOLN COUNTY, HON. MATTHEW J.
CUFFE, Presiding.

     Respondent.

ORDER

_____

David E. Orr has filed an "Emergency Petition for Writ of Supervisory Control" over the Nineteenth Judicial District Court, Lincoln County, requesting "reversal of wrongful transfer of property" in a civil matter of which Orr provides that he has an appeal. We amend the caption to correct the District Court's title.

Supervisory control may be appropriate on a case-by-case basis. "This extraordinary remedy can be invoked when the case involves purely legal questions and urgent or emergency factors make the normal appeal process inadequate." *State v. Spady*, 2015 MT 218, ¶ 11, 380 Mont. 179, 354 P.3d 590 (citing M. R. App. P. 14(3); *Redding v. McCarter*, 2012 MT 144, ¶ 17, 365 Mont. 316, 281 P.3d 189).

Supervisory control is not appropriate here. Orr has an appeal of the District Court's quiet title decision pending with this Court. *Orr v. House*, No. DA 23-0699. His instant writ is a somewhat modified version of his filed, opening brief. The writ is over-length at 10,000 words, pursuant to M. R. App. P. 14(5), and it is inappropriate because of the pending appeal. M. R. App. P. 14(3). Orr's appeal is his remedy. Therefore,

IT IS ORDERED that Orr's Emergency Petition for Writ of Supervisory Control is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Matthew J. Cuffe, District Court Judge; counsel of record; and David E. Orr personally.

DATED this 20th day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2